UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MODULAR STEEL SYSTEMS, INC., <br> Plaintiff, <br> <br> v. <br> <br> HTFD BLDG CO LLC, ET AL. <br> Defendants. | : Case No. 3:23-cv-00081 (KAD)(MEG) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 41(b)**

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rules of Civil Procedure 7 and 41(a), Defendants Htfd Bldg Co LLC and Park & Main, LLC (collectively "Defendants") respectfully move this Court for an order dismissing Plaintiff Modular Steel Systems, Inc.'s ("MSS") Complaint with prejudice due to Plaintiff's failure to prosecute this action and comply with this Court's Order; and failure to appear through proper counsel.

**A.      STATEMENT OF PROCEDURAL HISTORY**

1.      On January 23, 2023 MSS initiated this action filing the instant Complaint against Htfd Bldg Co LLC and Park & Main LLC for breach of contract and related claims. (ECF # 1).

2.      On the same day, the parties jointly moved for referral of the matter to a magistrate judge for a settlement conference. (ECF # 16). The motion was granted and the parties participated in a settlement conference before Judge Maria E. Garcia on April 18, 2023. The settlement conference was unsuccessful.

1

3. On March 31, 2023, Defendants filed their Answer and Counterclaims in which Counterclaim Plaintiff, Htfd Bldg asserted counterclaims against MSS alleging breach of contract and breach of the convent of good faith and fair dealing. (ECF #28).

4. On June 19, 2023 Michael Pepe, Counsel for MSS, filed a motion to withdraw as attorney for MSS. (ECF #40). The Court scheduled an in-person hearing on the motion for July 5, 2023.

5. On June 23, 2023, prior to the hearing, and as ordered by the Court, Attorney Pepe notified MSS of the date and time of the hearing, as well as the right to be heard. The notice also informed MSS that "[i]f you do not either obtain a new attorney or file an appearance on your own behalf with the court, you will not receive notice of court proceedings in this case and a dismissal or default judgment may be rendered against you." (ECF #43).

6. The hearing on Attorney Pepe's motion to withdraw was held on July 5, 2023. Counsel for Defendants appeared in-person and Attorney Pepe appeared remotely. Neither a representative of MSS nor new counsel appeared on behalf of MSS. On the same day, the Court granted Attorney Pepe's motion to withdraw as counsel for MSS. The Court also stayed the matter for 30 days or until new counsel appears for the Plaintiff, whichever is sooner. (ECF #46).

7. Although the stay was lifted on August 4, 2023, as of the date of this filing, no counsel has appeared for MSS.

8. On August 9, 2023 the Court entered an Order noting that no counsel has appeared for MSS and stating that "Defendant may seek whatever relief it believes appropriate in these circumstances under the Federal Rules of Civil Procedure and the district's Local Rules." (ECF #47).

**B.     ARGUMENT**

Federal Rule of Civil Procedure 41(b) mandates that plaintiffs actively pursue their claims and comply with court orders in order to avoid final dismissal of an action on the merits. Specifically, Fed. R. Civ. P. 41(b) states:

> For failure of the plaintiff to prosecute or comply with these rules or any order of the court, a defendant may move for dismissal of an action or of any claim against defendant. Unless the court in its order for dismissal otherwise specifies, a dismissal under this subdivision . . . operates as an adjudication upon the merits.

Moreover, as this Court noted in its August 9, 2023 Order [ECF #47], "an artificial entity cannot proceed pro se and any person who represents an artificial entity 'must be an attorney licensed to practice law before our courts.'" *Jones v. Niagara Frontier Transp. Auth.*, 722 F. 2d 20, 22 (2d Cir. 1983).

MSS has failed to take any action to pursue this case at least since its former counsel moved to withdraw on June 19, 2023. After granting counsel's motion to withdraw, the Court generously gave MSS ample time to retain new counsel, staying the case for 30 days on July 5, 2023. Yet, despite receiving notice that its failure to obtain counsel may result in dismissal of the action and/or default judgment against it, no counsel appeared for MSS. (ECF #43). The stay was then lifted on August 4, 2023 and as of the date of this filing, more than two months since its counsel moved to withdraw, counsel has not appeared on behalf of MSS. In addition, as noted by the Court, as an artificial entity, MSS may not proceed pro se in this matter. Thus, given MSS' utter lack of prosecution and failure to obtain counsel, this Court should appropriately balance the Plaintiff's rights against the need to alleviate clogged dockets and the waste of judicial resources on cases that are not being pursued, in favor of Defendants, and dismiss the action with prejudice.

## C.     CONCLUSION

For all of the foregoing reasons, Defendants Htfd Bldg Co LLC and Park & Main LLC's Motion to Dismiss pursuant to Fed. R. Civ. P. 41(b) should be granted with prejudice.

Dated:  September 6, 2023                            Respectfully submitted,

                                                                              DEFENDANTS HTDF BLDG CO LLC and
                                                                              PARK & MAIN, LLC

                                                         By**:**     */s/ Peter E. Strniste, Jr.*
                                                                     Peter E. Strniste Jr. (ct20830)
                                                                     Tasia E. Perkins (ct29498)
                                                                     Gordon Rees Scully Mansukhani, LLP
                                                                     95 Glastonbury Boulevard, Suite 206
                                                                     Glastonbury, CT 06033
                                                                     pstrniste@grsm.com
                                                                     tperkins@grsm.com
                                                                     Tel:   860-494-7535
                                                                     Fax:  860-560-0185

**CERTIFICATION**

      I hereby certify that on this 6th day of September 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. A copy of the foregoing was also mailed to Modular Steel Systems, Inc. at the address identified in prior counsel's motion to withdraw.

                                                  */s/ Peter E. Strniste, Jr.*